United States District Court
Southern District of Texas

**ENTERED**

November 13, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Koran Campbell, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-4620 |
| | § | |
| Intralox, LLC | § | |
| and PeopleReady, Inc. | § | |
| d/b/a TrueBlue, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF ADOPTION**

The Court has carefully considered the Magistrate Judge's Report and Recommendation (docket no. 37) dated October 26, 2026, Defendant, Intralox, LLC's objections (docket no. 38) and Plaintiff, Loran Campbell's response in opposition to Defendant's objections (docket no. 39) and concludes that the Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant, Intralox, LLC's Motion for Judgment on the Pleadings (docket no. 27) is **GRANTED IN PART** as to the actual notice exception and **DENIED IN PART** as to the identity of interest exception.

**SIGNED** at Houston, Texas, on this the 13th day of November, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE